1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant United States of America

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 STATE FARM MUTOMOBILE   )   Civil Action 1:10-cv-01678-AWI/GSA
   INSURANCE COMPANY,      )
                           )   **STIPULATION TO EXTEND TIME IN**
12        Plaintiff,       )   **WHICH TO RESPOND TO PLEADINGS**
                           )   **AND SCHEDULING CONFERENCE**
13     v.                  )   **DATE; [PROPOSED] ORDER RE SAME**
                           )
14 UNITED STATES OF AMERICA,)
                           )
15        Defendant.       )
                           )
16

17     Plaintiff State Farm Mutual Automobile Insurance Company ("Plaintiff"), and Defendant

18 United States of America ("United States") stipulate, by and through the undersigned counsel, to

19 extend the deadline for United States to respond to the Complaint to and including December 22,

20 2010.

21     The parties further agree to continue the date of the scheduling conference currently set

22 for December 16, 2010, at 9:30 a.m. in Courtroom 10 of the above-entitled court to February 7,

23 2011 at 9:30 a.m. in Courtroom 10.

24     The parties base this stipulation on good cause, which includes the need for United States

25 to review the allegations in the Complaint and respond accordingly. The parties agree that this

26 short extension of time for the United States to respond will not cause any prejudice to the parties

27 as this action was recently commenced.

28 ///

---
1

STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO PLEADINGS AND SCHEDULING CONFERENCE
DATE; [PROPOSED] ORDER RE SAME

1  Accordingly, the parties stipulate and agree to continue the time for the United States to
2  file a responsive pleading to the Complaint and to continue the scheduling conference as
3  specified below, and base it on the above-stated good cause.  The parties request the court to
4  endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| United States' response to Complaint | November 22, 2010 | **December 22, 2010** |
| Scheduling Conference | December 16, 2010 @9:30 a.m. Dept. 10 | **February 7, 2011** @9:30 a.m. Dept. 10 |

Respectfully submitted,

Dated: November 18, 2010

BENJAMIN B. WAGNER
United States Attorney


By:  /s/Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney
Attorneys for Defendant
United States of America


Clerkin & Sinclair, LLP

Dated: November 18, 2010

/s/Richard L. Mahfouz, II
Richard L Mahfouz, II
Attorneys for Plaintiff


IT IS SO ORDERED.

Dated:   **November 19, 2010**                    **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

2
STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO PLEADINGS AND SCHEDULING CONFERENCE
DATE; [PROPOSED] ORDER RE SAME