BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Civil Action 1:10-cv-01678-AWI/GSA<br><br>STIPULATION FOR TRANSFER OF ACTION |

Pursuant to 28 U.S.C. § 1404, the parties to this action, Plaintiff State Farm Mutual Automobile Insurance Company and Defendant United States of America, through their respective attorneys of record herein, hereby agree and stipulate to transfer this action to the United States District Court, District of Oregon because it is based on the same facts as *Thorpe, et al. v. United States*, D. Or. Case Number 6:10-CV-6184-HO.

Respectfully submitted,

Dated: January 20, 2011.

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Alyson A. Berg
ALYSON A BERG
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

Attorneys for Defendant
United States of America

1
STIPULATION FOR TRANSFER OF ACTION

Dated: January 20, 2011

Clerkin & Sinclair, LLP

/s/ Richard L. Mahfouz, II
Richard L Mahfouz, II
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:   January 23, 2011

CHIEF UNITED STATES DISTRICT JUDGE